**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JEAN CHARLES MICLISSE,
A# 074-169-329,**

    Petitioner,

vs.                                             Case No. 4:18cv115-WS/CAS

**UNITED STATES,**

    Respondent.

_____/

## REPORT AND RECOMMENDATION

    Petitioner, proceeding pro se, initiated this case by submitting a letter addressed to "Your Immigration Honor." ECF No. 1. That document was received by the United States District Court, Middle District of Florida and a habeas case was opened for Petitioner pursuant to 28 U.S.C. § 2241. Upon review, the case was transferred to this Court because Petitioner was housed within the Northern District of Florida. ECF No. 3, 5.

    This case has now been opened for Petitioner. ECF Nos. 6, 7. A notice was mailed to Petitioner to advise him of the new case number. ECF No. 7. It was returned to the Court as undeliverable on March 12, 2018. On March 15, 2018, a notice was filed by the Respondent advising

that Petitioner was removed from the United States on February 20, 2018. ECF No. 10.  Accordingly, this case should now be dismissed as moot.

**RECOMMENDATION**

In light of Respondent's showing that Petitioner has been removed from the United States, it is respectfully **RECOMMENDED** that the § 2241 petition be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on March 15, 2018.


 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**