UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEAN CHARLES MICLISSE,
A# 074–169–329,

    Petitioner,

v.                                                   4:18cv115–WS/CAS

UNITED STATES,

    Respondent.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 11) docketed March 15, 2018. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed as moot based on Petitioner's removal from the United States. No objections to the report and recommendation have been filed.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 11) is adopted and incorporated by reference in this order of the court.

2. Petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED as moot.

3. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this __10th__ day of __April__, 2018.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE